UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| THE SHOE SHOW OF ROCKY MOUNT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADESUWA EDOGUN, *ET AL.*, )<br>)<br>Defendants. )<br>_____ ) | Case No. 4-06-CV-01323 |

## ORDER

The Court, having fully considered Plaintiff's Motion For Entry Of Default Against, Defendant, Adesuwa Edogun ("Edogun"), and the other papers on file in this action, ORDERS that a default is entered against Defendant Edogun. Plaintiff shall submit evidence establishing the amount of its damages.

IT IS SO ORDERED:

_____
Hon. James M. Moody
United States District Judge

Date: _Nov 20, 2006_

Prepared By:

_____
R. Michael Smith
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, Maryland 21202-3332
Business Phone: (410) 576-4174

**and**

415149.1
11/3/2006

_____
David W. Kamps
Dodds, Kidd and Ryan
313 West Second Street
Little Rock, Arkansas 72201
Business Phone: (501) 375-9901

**Attorneys for the Plaintiff**