IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THE SHOE SHOW OF ROCKY MOUNT, INC.                                                      PLAINTIFF

VS.                                        CASE NO.  4:06CV0001323  JMM

ADESUWA EDOGUN, ET AL.                                                                DEFENDANTS

ORDER

Plaintiffs filed a complaint against all defendants on September 26, 2006.  On November 20, 2006, the Court granted a Motion for Clerk's Default against Adesuwa Edogun which was entered on November 21, 2006.  There has been no further action taken in this case.

IT IS THEREFORE ORDERED that the clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown.

Dated this   31    day of July, 2009.

James M. Moody
United States District Judge